**ELECTRONIC RECORD**

039-15
040-15
041-15

COA # 14-13-00149-CR

OFFENSE: Attempted Capital Murder

STYLE: Larrlyon Deshun Williams v The State of Texas

COUNTY: Fort Bend

COA DISPOSITION: Affirmed

TRIAL COURT: 240th District Court

DATE: November 25, 2014    Publish: Yes

TC CASE #:10-DCR-054995A

**IN THE COURT OF CRIMINAL APPEALS**

STYLE: Larrlyon Deshun Williams v The State of Texas

CCA # _____

**039-15, 040-15, 041-15**

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _02/25/2015_

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____